# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA FARRIS, | **Case No.:** 2:17-CV-00889-JAM-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| CAPITAL ONE BANK, | |
| Defendant. | |

- 1 -

ORDER OF DISMISSAL

LA01\LEECA\730196.1

| | |
|---|---|
| 1 | Based upon the Joint Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Each party to bear its own attorneys' fees and costs. |

**IT IS SO ORDERED.**

Dated: 12/15/2017            /s/ John A. Mendez\_\_\_\_

                                            Hon. John A. Mendez